UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 1/2/18 |

UNITED STATES OF AMERICA,

-against-                                                            **ORDER**

IRFAN AMANAT,                                               15 Cr. 536 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Court will hold a conference in this matter on

**Friday, January 5, 2018, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York. The Government need not attend.

Dated: New York, New York
       January 2, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge