# LAW OFFICES OF JILL R. SHELLOW

Telephone:  212.792.4911  /  Fax:  212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

January 6, 2018

**BY ECF, FAX 212.805.7986 AND HAND**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

   **RE:** *United States v. Irfan Amanat*, **15 Cr. 536 (PGG)**

Dear Judge Gardephe:

  As Your Honor knows trial of this matter is scheduled to start on February 5, 2018. According to Your Honor's Individual Trial Practices ¶ 1(A), the parties' motions in *limine*, proposed *voir dire* and draft instructions are due on January 8. In light of the issues raised during yesterday's *ex parte* conference and continuance of the conference until January 10, I respectfully request that this deadline be extended by 10 days until January 18, 2018.

  Thank you for your consideration.

                Respectfully submitted,

                Jill R. Shellow

cc: All parties (by ECF)
   Irfan Amanat (by email only)