# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

January 6, 2018

**BY ECF, FAX 212.805.7986 AND HAND**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/18

RE:  *United States v. Irfan Amanat*, 15 Cr. 536 (PGG)

Dear Judge Gardephe:

As Your Honor knows trial of this matter is scheduled to start on February 5, 2018. According to Your Honor's Individual Trial Practices ¶ 1(A), the parties' motions in *limine*, proposed *voir dire* and draft instructions are due on January 8. In light of the issues raised during yesterday's *ex parte* conference and continuance of the conference until January 10, I respectfully request that this deadline be extended by 10 days until January 18, 2018.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 8, 2018

cc:  All parties (by ECF)
     Irfan Amanat (by email only)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC