**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2018

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Irfan Amanat,
                  S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government respectfully submits this letter to update the Court regarding the condition of the FBI Confidential Informant (the "CI") the Government intended to call at yesterday's evidentiary hearing concerning the Government's allegations that Irfan Amanat obstructed justice.

      As the Court is aware, following the defendant's conviction, the Government moved for the defendant's remand and intended to call the CI to provide evidence of the defendant's obstruction efforts. The CI, who has a history of heart problems, was unable to testify because he was unexpectedly taken to the hospital by the FBI after the CI experienced symptoms that caused the CI and the FBI to believe he was in severe medical distress. Blood tests and an examination at the hospital confirmed that the CI had an adverse reaction to a new medication. The CI stabilized and has since been released from the hospital.

      The Government spoke with defense counsel Greg Morvillo, and the parties jointly request that the hearing be continued at a later date, at which the Government intends to call the CI as a witness. Mr. Morvillo indicated that he is reviewing the 3500 materials the Government provided to defense counsel yesterday evening and intends to meet with the defendant in advance of the hearing. The Government requests that the Court continue the hearing on the morning of November 16, 2018, a date that is convenient for the CI, defense counsel and the Government.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Damian Williams
Andrea M. Griswold
Daniel M. Tracer
Assistant United States Attorneys
(212) 637-2298/1205/2329