

November 6, 2018

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, New York

**Gregory Morvillo**

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

      **RE:**   *United States v. Amanat,* et al.
             S8 15-cr-536 (PGG)

Dear Judge Gardephe:

     As you know, we were appointed pursuant to the Criminal Justice Act to represent Irfan Amanat ("Mr. Amanat") in connection with the above-referenced matter. We write to request that the Court cancel the continuation of the bail hearing scheduled for November 16, 2018 since Mr. Amanat's remand is no longer at issue and we do not intend to present a proposed bail package to the Court at this time.

     We are available at the Court's convenience to discuss this issue either in person or via telephone conference.

                                                     Respectfully submitted,

                                                     ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                                   /s/ Gregory Morvillo
                                                 Gregory Morvillo