

March 8, 2019

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, New York

**Gregory Morvillo**

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

RE:   Request for an Adjournment of Irfan Amanat's Sentencing Date
       *United States v. Amanat,* et al. S8 15-cr-536 (PGG)

Dear Judge Gardephe:

As you know, we were appointed pursuant to the Criminal Justice Act to represent Irfan Amanat ("Mr. Amanat") in connection with the above-referenced matter.  We write to request an adjournment of Mr. Amanat's sentencing date to the week of April 29, 2019, in order to give Mr. Amanat the opportunity to address any issues raised during the *Fatico* hearing in his sentencing submission.

Currently, Mr. Amanat is scheduled to be sentenced by Your Honor on April 19, 2019 at 12:30 p.m.  Additionally, and prior to Mr. Amanat's sentencing, a *Fatico* hearing is scheduled for April 5, 2019.  Pursuant to Rule 8 of Your Honor's Individual Practices in Criminal Cases, defendants must file sentencing submissions two weeks before the sentencing date.  Accordingly, the deadline for Mr. Amanat to file his sentencing submission is April 5, 2019, the same day as the *Fatico* hearing.

In order to give Mr. Amanat the opportunity to properly address the outcome of the *Fatico* hearing in his sentencing submission, we respectfully request an adjournment of Mr. Amanat's sentencing date.  We ask that the Court adjourn Mr. Amanat's sentencing date to the week of April 29, 2019, or such date thereafter that is convenient for the Court.  We have consulted with counsel for the government who has no objection to this request.

We are available at the Court's convenience to discuss this issue via telephone conference.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/ Gregory Morvillo
Gregory Morvillo