**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2019

**By ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    United States v. Omar Amanat and Irfan Amanat,
               15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government respectfully submits this letter to request that the Court adjourn the *Fatico* hearing presently scheduled for April 5, 2019 related to the Government's allegation that the above-captioned defendants engaged in obstruction of justice. Following the trial of defendant Irfan Amanat in the Fall of 2018, the Court scheduled the hearing for the parties to present evidence relevant to the alleged obstruction

      Earlier this week, the Government spoke with Gráinne O'Neill, Esq., who has been appointed by the Court to represent defendant Omar Amanat with respect to, among other things, the Government's allegations of obstruction of justice. Ms. O'Neill informed us that her client wishes to participate in the hearing but that she will be unable to conduct the hearing in early April, both because of the time needed to prepare and because she has a trial in April. Accordingly, and to avoid the need to have duplicative hearings with respect to each of the above-captioned defendants, the Government respectfully requests that the Court reschedule the *Fatico* hearing in the second half of May, and adjourn the sentencing date of Irfan Amanat accordingly.

      The Government has conferred with counsel for both of the above-captioned defendants, who join and/or consent in this request.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                 By:       /s/
                       Andrea M. Griswold / Daniel M. Tracer
                       Assistant United States Attorneys
                       (212) 637-1205/2329