# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

**VIA ECF & HAND DELIVERY**  May 1, 2019

The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square, Room 2204
New York, NY 10007

    Re:    *United States. v. Gavin Campion*, Dkt. No. 15-CR-536 (PGG)

Dear Judge Gardephe:

We represent Gavin Campion in the above-referenced matter. The Court will be sentencing Mr. Campion on Friday, May 3, 2019. We submit herewith two additional letters in support of Mr. Campion that we received subsequent to our filing of Mr. Campion's Sentencing Memorandum (Dkt. 920), on February 11, 2019. Unredacted copies will be hand delivered to Chambers. We are grateful for the Court's consideration of these materials.

                              Sincerely,

                              Brian D. Mogck

cc:    AUSA Damian Williams; AUSA Andrea M. Griswold; AUSA Joshua A. Naftalis
       (By ECF)