

July 22, 2019

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, New York

**Gregory Morvillo**

E gmorvillo@orrick.com
D +1 212 506 3552
F +1 212 506 5151

Re:   Request to Adjourn Irfan Amanat's *Fatico* Hearing and Sentencing
       *United States v. Amanat,* et al., S8 15-cr-536 (PGG)

Dear Judge Gardephe:

As you know, we were appointed pursuant to the Criminal Justice Act ("CJA") to represent Irfan Amanat in connection with the above-referenced matter. We write to request an adjournment of Mr. Amanat's *Fatico* hearing (currently scheduled for July 25, 2019) and Sentencing (currently scheduled for August 20, 2019).

Over the last month or so, communications have broken down between us and Mr. Amanat. Due to the attorney-client privilege, we cannot reveal the details, but the break down directly impacts Mr. Amanat's strategy in this case. Neither counsel nor Mr. Amanat believe we can continue under the present circumstances. On Saturday, July 20, 2019, Mr. Amanat informed us that he retained new counsel to represent him going forward in relation to the *Fatico* hearing and Sentencing. He is not, as we understand it, seeking new CJA counsel.

Under the circumstances, Mr. Amanat, requests an adjournment of the *Fatico* hearing and Sentencing hearing. In addition, we respectfully request that the Court relieve us as Mr. Amanat's counsel in this matter because he has informed us that he has retained new counsel. We have communicated Mr. Amanat's position to the government and it takes no position.

We are available at the Court's convenience to discuss this issue.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/ Gregory Morvillo
Gregory Morvillo