

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2019

BY ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Irfan Amanat
                S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government writes to respectfully request a one-week adjournment of the August 22, 2019 date by which it must respond to the letter filed by newly retained counsel for Irfan Amanat, relating to Spyros Enotiades. While the allegations levied against the Government are baseless, the Government wishes to confer with the primary FBI case agent before filing its response. This agent is out of the office until next week. Accordingly, the Government requests that the Court allow the Government to submit its response on our before August 29, 2019.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      Acting United States Attorney

By:    /s/
      Andrea M. Griswold
      Joshua A. Naftalis
      Daniel Tracer
      Assistant United States Attorneys
      (212) 637-1205/2310

cc:    Defense Counsel (via ECF)