UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 15-CR-536 (PGG) |
| | : ORAL ARGUMENT REQUESTED |
| IRFAN AMANAT | : |

------------------------------------------------------------------------x

### DEFENDANT IRFAN AMANAT'S NOTICE OF MOTION FOR DISCOVERY

PLEASE TAKE NOTICE that, upon the annexed Declaration of Seth J. Zuckerman, Esq., the exhibits thereto, and the accompanying memorandum of law, defendant Irfan Amanat will move this Court before the Honorable Paul G. Gardephe at the United States District Courthouse, 40 Foley Square, New York, New York 10007, at such a date and time as the Court may direct, for an Order directing the United States of America to produce the documents and information requested herein, and granting such other and further relief to which the Court deems the defendant entitled.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: New York, New York
       November 15, 2019

Respectfully submitted,

**CHAUDHRYLAW PLLC**

Seth J. Zuckerman
Priya Chaudhry
Beth Farber
45 West 29th Street, Suite 303
New York, New York 10001
Tel. (212) 785-5550

*Attorneys for Defendant Irfan Amanat*