July 1, 2020

Dear Clerks of the Court,

I, Irfan Amanat, a US Citizen, am a Federal Inmate at the Brooklyn MDC after conviction in United States v. Irfan Amanat, 15 Cr 536 (PGG) in the NY Southern District.

I have a concern and dispute over certain actions of a clerk of this Court. I respectfully request mediation services to resolve this dispute. I further request privacy and confidentiality, to protect both myself from retaliation, and the privacy rights of the clerk.

Please send me the proper procedure to pursue this issue properly, my mailing address is:
"Irfan Amanat - 78365054
Brooklyn MDC
PO Box 329002
Brooklyn, NY 11232"

Sincerely,
[signature]
July 1, 2020

Irfan Amanat - 78365054
Brooklyn MDC
P.O. Box 329002
Brooklyn, NY 11232

RECEIVED
SDNY PRO SE OFFICE
2020 JUL -8 PM 11: 28

Clerks of the New York Southern District
S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Pro Se
SM