

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Omar Amanat & Irfan Amanat,
            15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government writes in response to Irfan Amanat's letter of September 15, 2020. (Dkt. 1097). Upon further consideration, the Government agrees that the applicable statute governing the defendants' motions is 18 U.S.C. § 3143, not 18 U.S.C. § 3622. As set forth in the Government's letter of September 15, 2020 (Dkt. 1096), the Government opposes the defendants' motion because they remain dangers to the community and risks of flight, as do the U.S. Marshals, including because of COVID-19. Accordingly, the Court should deny the motions.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   /s/
      Joshua A. Naftalis
      Andrea M. Griswold
      Daniel Tracer
      Assistant United States Attorneys
      (212) 637-2310/1205/2329

cc:    Defense counsel (by CM/ECF)