**CHAUDHRY LAW** PLLC

45 WEST 29TH STREET, SUITE 303
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

September 17, 2020

**MEMO ENDORSED:**

Defendant's motion for reconsideration is denied.

SO ORDERED.

*Paul␣Gardephe*

Dated: September 17, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Irfan Amanat*, 15 Cr. 536 (PGG)

Dear Judge Gardephe:

We represent defendant Irfan Amanat in the above-referenced matter and respectfully request that the Court reconsider Mr. Amanat's request to attend his father's funeral tomorrow, September 18, 2020 at 2:00 pm at the American Islamic Academy located at 110 Harrison Street, Boonton, New Jersey 07005.

We have three bases for our request for reconsideration. First, Mr. Amanat's family informs us that it is an important facet in their religion, Islam, that the newly deceased is taken through a washing ceremony known as "Ghusl". Through this ceremony, the body is thoroughly cleaned by the hands of the offspring of the deceased. They believe that the soul will not rest properly unless this important ritual is performed. While Islam prescribes burying the deceased within 24 hours, the Amanat family has held Mr. Amanat's father's body in a refrigerated state at their local house of worship in the hopes that the Ghusl can be performed.

Second, due to the Court's concern regarding risk of flight, Mr. Amanat's sister, Sana Amanat, has agreed to surrender her passport to counsel to undergird our promise that Mr. Amanat shall not attempt to flee. Ms. Amanat's passport would be surrendered in addition to all of the other measures proposed in our initial requests on September 14th and 15th.

Finally, on behalf of herself and her mother, Ms. Amanat has written a letter to the Court laying out the current state of their family's loss, and the extreme importance of this request. We attach that letter and hope the Your Honor can understand the magnitude of the "Ghusl" ritual on the entire Amanat family.

PRIYA CHAUDHRY        PRIYA@CHAUDHRYLAW.COM        212.785.5551

  On behalf of Mr. Amanat and the Amanat family, we thank the Court for its reconsideration of this request.

Very truly yours,

*Priya Chaudhry*

Cc: All counsel of record (via ECF)