UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

IRFAN AMANAT,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The remote conference schedule for May 4, 2021 at 9:00 a.m. is adjourned to 10:30 a.m. that same day.

Dated: New York, New York
April 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge