UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IRFAN AMANAT,

      Defendant.

**ORDER**

S8 15 Cr. 536

PAUL G. GARDEPHE, U.S.D.J.:

  At today's conference, counsel informed the Court that a draft presentence investigation report ("PSR") has been prepared by the Probation Department, and objections have been submitted. Counsel are directed to resolve the objections to the draft PSR as soon as possible.

  A final PSR is to be issued by **June 4, 2021.** Any sentencing submissions on behalf of the Defendant are due by **July 16, 2021.** The Government's sentencing submission is due by **July 30, 2021.**

  The sentencing of Defendant Irfan Amanat will take place on **August 17, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   May 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge