UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IRFAN AMANAT,

                Defendant.

**ORDER**

S8 15 Cr. 536

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Irfan Amanat presently scheduled to take place on August 17, 2021 at 4:00 p.m. – in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York – will take place at **3:00 p.m.**

Dated: New York, New York
       July 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge