

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2021

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 27, 2021

Re: United States v. Irfan Amanat
15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government's sentencing submission for defendant Irfan Amanat is currently due on Friday, July 30, 2021. The AUSA primarily in charge of this submission recently had a death in the family. The Government thus writes, with the consent of defense counsel, to request that the Government be permitted to file its submission by Wednesday, August 4, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:      /s/
Andrea M. Griswold
Joshua A. Naftalis
Daniel M. Tracer
Assistant United States Attorneys
(212) 637-2200

cc:   Defense counsel by CM/ECF