UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>IRFAN AMANAT,<br><br>Defendant. | **ORDER**<br><br>S8 15 Cr. 536 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On August 12, 2021, Defendant filed a supplemental sentencing submission. (Dkt. No. 1193)  The Government is directed to file a reply **by August 20, 2021.**

Dated: New York, New York
       August 14, 2021

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge