UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| IRFAN AMANAT, | 15 Cr. 536 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is scheduled for September 8, 2021, at 1:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Press and public unable to attend in person may use the following number to dial into the proceeding: dial 888-363-4749 to participate and enter the access code 6212642.

Dated: New York, New York
September 7, 2021

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge