

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2022

**BY CM/ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States</u> v. <u>Omar Amanat & Irfan Amanat</u>,
            15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government respectfully submits this letter in response to defendants Omar Amanat and Irfan Amanat's (the "Amanats") December 27, 2021 motions for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and pursuant to the Court's order directing the Government to respond. (Dkt. No. 1223 (the "Motion")). In the Motion, the Amanats request that the Court reduce their sentences because of the spread of the Omicron variant of COVID-19 and the fact that notwithstanding the spread of this variant, the BOP has not moved them to home confinement despite having approved them for such a transfer under the CARES Act, Pub. L. No. 116-136, 134 Stat. 281. (*Id.*).[1]

      The Government has conferred with the BOP and confirmed that, since the filing of the Motion, the Amanats have both been transferred to home confinement and are no longer residing within BOP facilities. Specifically, on or about January 13, 2022, the Amanats were released to serve the remainder of their sentences (approximately four months for Omar Amanat, and approximately two months for Irfan Amanat) on home confinement. The Government respectfully submits that in light of this development, the Amanat's Motion is now moot and should be dismissed. As the Court is aware, both defendants are also vaccinated against COVID-19. Accordingly, there is no further justification for a sentence reduction and no further relief is warranted.

---

[1] The Court has previously denied a motion by the Amanats for bail based on, among other things, the dangers posed by the COVID-19 pandemic. *See United States v. Amanat*, 454 F. Supp. 3d 358 (S.D.N.Y. 2020).

Hon. Paul G. Gardephe
January 19, 2022
Page 2

                                                    Respectfully submitted,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

                                    By:      /s/
                                          Andrea M. Griswold / Joshua A. Naftalis /
                                          Daniel Tracer
                                          Assistant United States Attorneys
                                          (212) 637-2310/1205/2329

cc:     Defense counsel (by CM/ECF)