UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**UNITED STATES OF AMERICA,**

**Case No. 15-CR-536-PGG**

      **Plaintiff,**

   **- against -**       **CONSENT ORDER FOR**
                **SATISFACTION OF JUDGMENT**
                **BY CONFESSION AS TO SANA**
                **AMANAT**

**IRFAN AMANAT**

         **Defendant**.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    WHEREAS, a Judgment by Confession was entered in the above action as against

Sana Amanat in connection with a bail bond secured in this matter on behalf of Defendant Irfan

Amanat on the 15th day of December, 2016, in the amount of $250,000, and which was secured

by Deed to property located at 68 Windsor Drive, Pine Brook, Morris County, New Jersey 07857

(Block No. 163, Lot No. 23.5), and Defendant Irfan Amanat having satisfied the conditions of

his bond, and Defendant Irfan Amanat having been sentenced by a this Court, and thus the

Judgment by Confession having been satisfied in full, and there being no outstanding executions

with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said Judgment of Confession

signed by Sana Amanat and filed with the Clerk of Morris County, New Jersey on December 16,

2016 under file number 2016081052 is hereby acknowledged, and the Clerk of the Court is

hereby authorized and directed to make an entry of the full and complete satisfaction of the

Judgment by Confession on the docket of this matter, or in the Office of the Clerk of Morris

County, New Jersey, or anywhere else as required to satisfy the Judgment by Confession.

Dated: New York, New York
      February 22, 2022

ROSENBLATT LAW PC

OFFICE OF THE UNITED STATES
ATTORNEY
SOUTHERN DISTRICT OF NEW YORK

By:  s/ Raphael M. Rosenblatt_____
      Raphael M. Rosenblatt, Esq.
      Attorneys for Sana Amanat

By:   s/ Daniel Tracer_____
      Assistant US Attorney Daniel Tracer

      SO ORDERED:

By:_____
      Honorable Paul G. Gardephe, U.S.D.J.
         Dated:  February 23, 2022