UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>IRFAN AMANAT,<br><br>Defendant. | **ORDER**<br><br>15 Cr. 536 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Irfan Amanat has been appointed new counsel, pursuant to the Criminal Justice Act, for purposes of his criminal appeal.  See United States v. Irfan Amanat, No. 21-2379, Dkt. No. 59 (2d Cir. Mar. 1, 2022).  In a letter dated May 18, 2022, Defendant's new appellate counsel has requested an order (1) granting him access to the sealed materials concerning Defendant on this Court's docket; and (2) directing Defendant's previous counsel, Priya Chaudhry, to transfer Defendant's criminal case files to Defendant's appellate counsel.

      The Clerk of Court is directed to add Defendant's appellate counsel, Andrew Levchuk, as counsel of record in United States v. Irfan Amanat, Case No. 15 Cr. 536-7 (PGG), and to permit Mr. Levchuk to view any sealed documents concerning Defendant on that docket.

      Defendant's previous counsel, Priya Chaudhry, will immediately turn over Defendant's criminal case files to Defendant's appellate counsel, Andrew Levchuk.  Ms. Chaudhry will file a letter with the Court no later than **May 20, 2022 at 5:00 p.m.** attesting that Defendant's criminal case files have been transferred to Mr. Levchuk.

Dated: New York, New York
       May 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge