I1UAAAMAC                    Conference

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4           v.                          15 CR 536 (PGG)

5   IRFAN AMANAT,

6               Defendant.

7   ------------------------------x

8                                       New York, N.Y.
                                        January 30, 2018
9                                       10:00 a.m.

10

11  Before:

                    HON. PAUL G. GARDEPHE,
12
                                        District Judge
13

14                      APPEARANCES

15  JOON H. KIM
        Acting United States Attorney for the
16      Southern District of New York
    ANDREA GRISWOLD
17  DAMIAN WILLIAMS
    JOSHUA NAFTALIS
18      Assistant United States Attorney

19  JILL R. SHELLOW
        Attorney for Defendant Amanat
20

21

22

23

24

25

1          (Case called)

2          MS. GRISWOLD:  Good afternoon, your Honor.

3          Andrea Griswold, Joshua Naftalis and Damian Williams,

4     for the government.

5          MS. SHELLOW:  Good afternoon, your Honor.

6          Jill Shellow, for Mr. Amanat, who is standing to my

7     left.

8          MS. HARRIS:  Angelina Harris, Federal Defenders of New

9     York.  I am joined by --

10         THE COURT:  All right.  So the purpose of today's

11    conference is to discuss further the entry of Federal Defenders

12    in the case and to find out when Federal Defenders might be in

13    a position to try the case.  When we were last together

14    Ms. Shroff had told me that she was going to investigate

15    whether a large firm, whether Davis Polk or someone else might

16    have interest in co-counseling with Federal Defenders on the

17    case.

18         So I gather Ms. Calvin that Ms. Shroff had other

19    another court appearances.  So are you in a position to update

20    me on where we are?

21         MS. HARRIS:  Yes, your Honor.  Both Ms. Shroff and I

22    did speak with Davis Polk since we were last before you.  They

23    initially thought that they would be able to come onto the case

24    and be appointed with us, but we were we received notice from

25    them.  I don't know what time last week but they were saying

1    that they no longer felt they were able to do so.  So we are

2    not really in a better position than we were the last time we

3    were here.  So we want to reach out to other firms.  I've

4    reached out to other firms as well and we would like to follow

5    the same game plan because the needs haven't changed obviously.

6            So what I ask that is that the Court gives us a little

7    bit more time to do so.

8            THE COURT:  All right.  How much did have you in mind?

9            MS. HARRIS:  If the Court is OK with it, I think

10   another couple weeks.

11           THE COURT:  All right.  Anything the government wants

12   to say?

13           MS. GRISWOLD:  No, your Honor.

14           THE COURT:  All right.  So today is the 30th of

15   January.  So I could put it down for the week of February --

16   Well, just to allow appropriate time, how about February 26th,

17   the week of February 26?

18           MS. HARRIS:  That would be perfect.

19           Thank you.

20           THE COURT:  OK.  Mike, do we have some time the week

21   of February 26th for a conference?

22           COURTROOM DEPUTY:  Tuesday the 27th ten a.m. is

23   available, judge.

24           THE COURT:  All right.  Is that convenient for

25   everybody, February 27th at ten a.m.

1        MS. GRISWOLD:  Good for the government.

2        MS. SHELLOW:  Yes, your Honor.

3        THE COURT:  OK.  I believe I had an exclusion of time

4   in place through what was supposed to be the trial date which

5   was February 5th.  So now that we're not proceeding to go trial

6   on February 5th it seems appropriate to exclude time between

7   now and February 27th, so we can sort out the counsel issue.

8   Is there any objection to that?

9        MS. SHELLOW:  No, your Honor.

10        MS. HARRIS:  Not from us, your Honor.

11        THE COURT:  Okay.  Then I will exclude time between

12   today and February 27, 2018, under the Speedy Trial Act

13   pursuant to Title 18 U.S.C. Section 3161 (H) (7) (A), for the

14   purpose of facilitating the replacement of Ms. Shellow on the

15   case who has invested an enormous amount of time and effort in

16   preparing it for trial and the transition to hopefully Federal

17   Defenders supplemented if possible by a private law firm.

18        I do you find that the ends of justice served by the

19   granting of this continuance outweigh the best interests of the

20   public and the defendant in a speedy trial.

21        Ms. Shellow, are you willing to stay with us a little

22   bit more until we resolve this?

23        MS. SHELLOW:  Your Honor, I'm available to do whatever

24   you request.

25        THE COURT:  I would like you to be here until we make

1   a formal handoff.

2           MS. SHELLOW:  No problem, your Honor.

3           THE COURT:  So we'll see each other again

4   February 27th, ten a.m.

5           MS. SHELLOW:  Thank you, your Honor.

6           MS. HARRIS:  Thank you.

7           (Adjourned)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25